IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH MAE STENGER,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant. | : | No. 18-2725 |



FILED
JAN 10 2019
KATE BARKMAN, Clerk
By_____ Dep Clerk

## ORDER

WENDY BEETLESTONE, J.

AND NOW, this 15th day of January 2019, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

WENDY BEETLESTONE
U.S. DISTRICT COURT JUDGE